JOHN E. ROOSEVELT et al., as Trustees under the Will of JAMES I. ROOSEVELT, Deceased, Appellants, *v.* ROMEO H. SCHILE et al., Respondents.

SAME, Appellants, *v.* SAME, Respondents.

*Roosevelt* v. *Schile*, 95 App. Div. 524, appeals dismissed.
(Argued October 5, 1904; decided October 11, 1904.)

APPEALS from orders of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1904, which affirmed orders of Special Term vacating the appointment of referees under judgments of foreclosure and sale, appointing other referees to sell and directing resales of the premises.

*George H. Yeaman, George C. Kobbé* and *James A. Speer* for appellants.

*Edward W. S. Johnston* and *John M. Perry* for respondents.

Appeals dismissed, with costs to respondents who appeared in this court; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.